<div style="text-align: right;">Nov. 1804.<br>Hilleary<br>vs<br>Crow</div>

*Key* and *Johnson*, for the Appellant.

*Shaaff*, for the Appellee.

THE COURT OF APPEALS *affirmed* the decree of the Court of Chancery, without costs.

## GENERAL COURT, (E. S.) APRIL TERM, 1805.

### GIBSON *vs.* MARTIN.

TRESPASS *q. c. f.* upon a tract of land called *Rattle Snake Point*, lying in *Talbot* county.

<div style="float: right;">The possession of a part of a tract of land, with title to the whole, is the possession of the whole, except against an adverse possession by actual enclosure.</div>

In this case it was proved that the plaintiff had title to the tract of land upon which the trespass complained of was committed, and had also possession thereof.

The defendant claimed under a younger tract, which run in upon the plaintiff's land, and upon which the trespass was committed, and that he had possession thereof for upwards of fifty years.

THE COURT said, that the possession of the plaintiff of a part of the tract called *Rattle Snake Point*, with the title, was a good title and possession of the whole of the tract, unless the defendant proved actual possession by enclosure, of the tract which he claims, for upwards of twenty years.

*J. Bayly*, *John Scott* and *Earle*, for the Plaintiff.

*Martin*, (Attorney General,) *Hammond* and *Bullitt*, for the defendant.